CJR/SM: USAO2017R00486

ARH
7/24/17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. |
| | * | ELH-17-0390 |
| STANLEY LEE RICHARDSON, | * | (Possession With Intent to Distribute |
| | * | Controlled Substance, 21 U.S.C. § |
| a/k/a/ "Fuzz" | * | 841(a)(1); Felon in Possession, 18 U.S.C. |
| | * | 922(g) (1); Aiding and Abetting, 18 |
| Defendant | * | U.S.C. § 2; Forfeiture, 21 U.S.C. § 853, |
| | * | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges:

On or about January 4, 2017, in the District of Maryland, the defendant,

**STANLEY LEE RICHARDSON,**
a/k/a/ "Fuzz"

the defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute 28 grams or more of a quantity or mixture containing a detectable amount of cocaine base "crack", a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

1

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about January 4, 2017, in the State and District of Maryland,

**STANLEY LEE RICHARDSON,**
**a/k/a/ "Fuzz"**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess 38 rounds of Union Metallic Cartridge Company/Remington Arms .357 ammunition in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. Proc., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count Two of this Indictment.

### Ammunition Forfeiture

2. As a result of the offense set forth in Count Two of this Indictment, the defendant,

**STANLEY LEE RICHARDSON,**
a/k/a/ "Fuzz"

shall forfeit to the United States the ammunition identified in Count Two of the Indictment.

21 U.S.C. § 853
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____
Stephen M. Schenning
Acting United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson

Date: 7-25-17

3