IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL NO.: ELH-17-0390 |
| STANLEY RICHARDSON | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S REQUEST FOR A DETENTION HEARING

The Defendant, **Stanley Richardson,** by and through his/her attorney(s), David R. Solomon, Esquire, respectfully requests that a Detention Hearing in the above-captioned case be conducted and for reasons therefore, states:

1) That the Defendant appeared before Judge Stephanie Gallagher on or about August 14, 2017 at which time he reserved on the issue of Detention and submitted to an Order of Detention pending his right to reopen the matter.

2) That at this time, the Defendant is respectfully requesting that a Detention Hearing be set in this case for reasons to be provided at the time of the hearing.

**WHEREFORE**, the Defendant respectfully requests:

a) That a Detention Hearing be scheduled in this matter; and,

b) For such other and further relief as the cause of justice may require.

Respectfully submitted,

DAVID R. SOLOMON, ESQ.
201 N. Charles St., Suite 1717
Baltimore, Maryland 21201
Phone No.: 410-244-8822
Fax No.   : 410-625-1028

*Attorney for Defendant,*
*Stanley Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL NO.: ELH-17-0390 |
| STANLEY RICHARDSON | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR HEARING

That the Defendant, Stanley Richardson, respectfully requests a hearing on Defendant's Motion To Request Detention Hearing.

_____
DAVID R. SOLOMON, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of October, 2017, a copy of the foregoing was electronically forwarded to:

>Christopher J. Romano, Esquire
>Assistant United States Attorney
>Office of the United States Attorney
>36 South Charles Street, Fourth Floor
>Baltimore, Maryland 21201

_____
DAVID R. SOLOMON, ESQ.