IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Criminal No. ELH-17-0390 |
| Stanley Lee Richardson | * | |

*****

### ORDER SEALING COURT PROCEEDING

For good cause shown, it is, this ___21st___ day of _____February, 2018_____,

**ORDERED** that:

The proceeding(s) held on February 21, 2018 and any transcript which may be produced are sealed; and it is

**FURTHER ORDERED**

*Check One*

☐ The public docket shall not reflect entry of this order or of the occurrence of the sealed proceeding.

☐ The public docket shall reflect entry of this order but not the nature of the sealed proceeding.

☒ The public docket shall reflect entry of this order and the nature of the sealed proceeding.

_____
Stephanie A. Gallagher
United States Magistrate Judge

Sealing Order - Criminal Proceeding (10/20/2005)