

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Christopher J. Romano*  *Suite 400*  DIRECT: 410-209-4907
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Christopher.Romano@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717

June 1, 2018

<u>Via ECF</u>
The Honorable Ellen L. Hollander
United States District Judge
United States Courthouse
101 W. Lombard St.
Baltimore, MD 21201         Re: <u>United States  v. Stanley Lee Richardson</u>
                Crim. No. ELH-17-0390

Dear Judge Hollander:

    I am writing to update the Court regarding the Defendant.  After speaking with the agents, I have been advised that to date they have been unsuccessful in locating and arresting the Defendant.  While they are optimistic that they will apprehend him, at present he is still a fugitive.

    As soon as I have additional information I will notify the Court.

               Very truly yours,

                Robert K. Hur
                United States Attorney

            By:_____/s/_____
                Christopher J. Romano
                Assistant United States Attorney

cc: David Solomon, Esq.
    (via ECF)