

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Christopher J. Romano*  *Suite 400*  DIRECT: 410-209-4907
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Christopher.Romano@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717

August 8, 2019

<u>Via ECF</u>
The Honorable Ellen L. Hollander
United States District Judge
United States Courthouse
101 W. Lombard St.
Baltimore, MD 21201            Re: <u>United States  v. Stanley Lee Richardson</u>
                 Crim. No. ELH-17-0390

Dear Judge Hollander:

      I am writing to update the Court regarding the Defendant.  As your Honor is aware, the Defendant absconded while on pre-trial release.  A federal arrest warrant was issued.  After speaking with the agents, I have been advised that the Defendant was arrested in North Carolina and is being held on state charges there.  Apparently, until the state case is resolved, he will not be brought back to Maryland to face the charges in the above-captioned matter.  The federal arrest warrant has been lodged as a detainer.

      Very truly yours,

      Robert K. Hur
      United States Attorney

      By:_____/s/_____
      Christopher J. Romano
      Assistant United States Attorney

cc: Warren Brown, Esq.
    (via ECF)